IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OLUMIDE OJO**                                                  **PLAINTIFF**

v.                **CASE NO. 4:25-CV-00392-BSM**

**JAMES D. HAMPTON**                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE