**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**OLUMIDE OJO**                                                                    **PLAINTIFF**

**v.**                                          **CASE NO. 4:25-CV-00392-BSM**

**JAMES D. HAMPTON**                                                        **DEFENDANT**

**JUDGMENT**

Based on the record and the testimony at today's hearing, Olumide Ojo's claims for

medical expenses, lost wages, and pain and suffering are reasonable and James Hampton is

ordered to pay damages in the amount of $89,991.96 to Ojo, and is ordered to pay Ojo's

court costs.

IT IS SO ORDERED this 20th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE