**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**OLUMIDE OJO** **PLAINTIFF**

**v.** **CASE NO. 4:25-CV-00392-BSM**

**JAMES D. HAMPTON** **DEFENDANT**

# JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE